NUMBER 13-08-00690-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

HALFF ASSOCIATES, INC., Appellant,


v.



SAN BENITO CONSOLIDATED 

INDEPENDENT SCHOOL DISTRICT, Appellee. 

 

_____________________________________________________________


On appeal from the 107th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Halff Associates, Inc., perfected an appeal from a judgment entered by
the 107th District Court of Cameron County, Texas, in cause number 2006-03-1233-A. 
Appellant has filed a motion to dismiss the appeal on grounds that the parties have
reached a settlement of all matters in controversy. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 5th day of February, 2009.